UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMANUEL RODRIGUEZ ANDRADE, | Case No. 24-cv-07434-NW (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| C.D.C.R, | Re: Dkt. No. 11 |
| Defendant. | |

Plaintiff, an inmate at Salinas Valley State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  On January 27, 2025, the Court screened Plaintiff's complaint and dismissed it with leave to amend within 28 days.  Dkt. No. 11 at 3-4.  Plaintiff has failed to file an amended complaint, and the matter is therefore **DISMISSED** for the reasons stated in this Court's screening order.  *See* Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
Noel Wise
United States District Judge